**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                     November 28, 2006
Courtroom Deputy:  Bernique Abiakam
FTR Technician:      Kathy Terasaki

_____

| | |
|---|---|
| Civil Action No. 06-cv-02043-RPM | Counsel: |
| TOTAL LIQUORS, INC, a Colorado Corporation, | James R. Ruterbories |
| Plaintiff, | |
| v. | |
| UNITED SECURITY ALLIANCE, INC, | Thomas J. Arckey |
| Defendant. | |

### COURTROOM MINUTES

**Motions Hearing**

**3:29 p.m.      Court in Session.**

Court calls case.  Appearances of counsel.

Preliminary remarks and case review by the Court.

Review and discussion.

Argument by Mr. Ruterbories.  Questions by the Court.

Argument by Mr. Arckey.  Questions by the Court.

**ORDERED:    Motion To Amend Complaint and Remand (Filed 11/3/06; Doc. No. 6)** is
GRANTED.

**3:57 p.m.      Court in Recess.**

Total time - 28 minutes.  Hearing concluded.