IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-cv-02043-RPM

TOTAL LIQUORS, INC.,

        Plaintiff,

v.

UNITED SECURITY ALLIANCE, INC., and
PETER PERRY,

        Defendants.
_____

ORDER GRANTING MOTION TO AMEND COMPLAINT AND FOR REMAND TO
ARAPAHOE COUNTY DISTRICT COURT
_____

        Pursuant to the hearing held on November 28, 2006, it is

        ORDERED that the plaintiff's Motion to Amend Complaint and Remand, filed November 3, 2006, with the First Amended Complaint tendered is granted and there being no complete diversity because added defendant Peter Perry is a citizen of Colorado, it is

        FURTHER ORDERED that this civil action is remanded to the District Court in Arapahoe County, Colorado, from which it was removed.

        DATED: November 29th , 2006

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge